**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHELLE HEET, DAVID KITCHELL, MIKE BICKLE, and FRANK LUKETICH, individually, and as Representatives of a Class of Participants and Beneficiaries of the Fresenius Medical Care North America 401(k) Savings Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL MEDICAL CARE, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, BOARD OF DIRECTORS OF FRESENIUS MEDICAL CARE NORTH AMERICA, and ADMINISTRATIVE COMMITTEE OF 401(K) SAVINGS PLAN,<br><br>*Defendants*. | No. 25-cv-11644-WGY |

**JOINT MOTION TO STAY**

Plaintiffs Michelle Heet, David Kitchell, Mike Bickle, and Frank Luketich ("Plaintiffs") and Defendants National Medical Care, Inc. (d/b/a Fresenius Medical Care North America) and Fresenius Medical Care North America Administrative Committee ("Defendants" and, together with Plaintiffs, the "Parties") respectfully request that the Court stay all proceedings in the above-captioned matter. In support of this motion, the Parties state as follows:

1. The Complaint in this action was filed on June 6, 2025. *See* ECF No. 1.

2. On February 9, 2026, the Court issued a Memorandum and Order granting in part and denying in part Defendants' Motion to Dismiss. *See* ECF No. 38.

3. Defendants answered the Complaint on March 25, 2026. *See* ECF No. 41.

4. The Parties have agreed to engage in mediation. The Parties have confirmed a date of September 17, 2026 for mediation. The Parties wish to focus their resources and attention on mediation, without the need to expend party and Court resources to litigate simultaneously.

5. The Parties respectfully propose that the Court stay this matter until October 2, 2026, by which time the Parties shall submit a status report updating the Court on the outcome of the mediation. If the mediation is unsuccessful, the Parties expect to submit a proposed case schedule shortly thereafter.

WHEREFORE, the Parties jointly and respectfully request that the Court grant this Motion and stay these proceedings until October 2, 2026.

Dated: June 11, 2026

Respectfully submitted,

*/s/ Paul M. Secunda*
Paul M. Secunda (*pro hac vice*)
**WALCHESKE & LUZI, LLC**
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
psecunda@walcheskeluzi.com
Tel.: (414) 828-2372

Jonathan M. Feigenbaum, BBO No. 546686
184 High Street, Suite 503
Boston, MA 02110
jonathan@erisaattorneys.com
Tel.: (617) 357-9700

*Counsel for Plaintiffs and the Proposed Class*

*/s/ Noah J. Kaufman*
Keri L. Engelman, BBO No. 704360
Noah J. Kaufman, BBO No. 678968
Mathew J. McKenna, BBO No. 716473
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel.: (617) 341-7700
keri.engelman@morganlewis.com
noah.kaufman@morganlewis.com
mathew.mckenna@morganlewis.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on June 11, 2026, the foregoing document was filed through the Court's ECF system and sent electronically to the registered participants as identified on the notice of electronic filing.

*/s/ Noah J. Kaufman*