**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MICHELLE HEET, DAVID KITCHELL, MIKE BICKLE, and FRANK LUKETICH, individually, and as Representatives of a Class of Participants and Beneficiaries of the Fresenius Medical Care North America 401(k) Savings Plan,

Plaintiffs,

v.

NATIONAL MEDICAL CARE, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA and FRESENIUS MEDICAL CARE NORTH AMERICA ADMINISTRATIVE COMMITTEE,

Defendants.

Civil Action No. 1:25-cv-11644-WGY

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Michelle Heet, David Kitchell, Mike Bickle, and Frank Luketich respectfully move, pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(1), 23(e), and 23(g), for an order: (1) finding that the Court will likely be able to approve the proposed $740,000 class action settlement as fair, reasonable, and adequate and certify the proposed Settlement Class for purposes of judgment; (2) preliminarily certifying the Settlement Class for settlement purposes only as a non-opt-out class; (3) appointing Plaintiffs as Class Representatives and Walcheske & Luzi, LLC as Class Counsel; (4) preliminarily approving Exhibit D, the proposed Plan of Allocation; (5) approving the form and manner of notice in Exhibits A and B and directing notice to the Settlement Class; (6) appointing Analytics LLC as Settlement Administrator; (7) approving the proposed form

of CAFA notice in Exhibit F, subject to actual statutory compliance; and (8) scheduling a Fairness Hearing and related deadlines consistent with the notice, objection, and briefing schedule described in the accompanying memorandum.

This motion is based on the accompanying Memorandum of Law, the Declaration of Paul M. Secunda and the Settlement Agreement and Exhibits A–F submitted as Exhibit 1 thereto, the proposed form of individual release submitted as Exhibit 2 thereto, the Class Representatives' Declarations, and the files, records, and proceedings in this Action.

Under Article 2 of the proposed Settlement Agreement, Defendants will not object to the motion for preliminary approval.

Dated: November 20, 2026

Respectfully submitted,

**WALCHESKE & LUZI, LLC**

*s/ Paul M. Secunda*
Paul M. Secunda (admitted pro hac vice)
1200 N. Mayfair Road, Suite 270
Wauwatosa, Wisconsin 53266
Telephone: (414) 828-2372
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

**JONATHAN M. FEIGENBAUM, ESQ.**

Jonathan M. Feigenbaum (BBO No. 546686)
184 High Street, Suite 503
Boston, Massachusetts 02110
Telephone: (617) 357-9700
E-Mail: jonathan@erisaattorneys.com

*Attorneys for Plaintiffs and the Proposed Settlement Class*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that I conferred with counsel for Defendants on October 30, 2026, concerning the relief requested in this motion and attempted in good faith to resolve or narrow the issues. Article 2 of the proposed Settlement Agreement provides that Defendants will not object to preliminary approval.

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Paul M. Secunda*
Paul M. Secunda