# EXHIBIT B

Short Form Postcard Settlement Notice

| | |
|---|---|
| *Heet, et al. v. National Medical Care, Inc. d/b/a Fresenius Medical Care North America, et al*<br>c/o Analytics, LLC<br>______________<br>______________<br><br>***COURT-ORDERED LEGAL NOTICE***<br>*This Notice may affect your legal rights.*<br>*Please read carefully.*<br><br>Important Legal Notice Authorized by the United States District Court for the District of Massachusetts<br><br>**If you were a participant or beneficiary of the Fresenius Medical Care North America 401(k) Savings Plan between June 6, 2019 and [date of Preliminary Approval Order], your rights may be impacted by a proposed settlement of a class action lawsuit.** | [Postage Prepaid]<br><br>Name<br>Address<br>City, State<br>Zip |

***THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE CLASS ACTION***

A proposed $740,000 settlement would resolve claims concerning use of Plan forfeitures in Heet v. National Medical Care, Inc., Case No. 25-cv-11644-WGY (D. Mass.). Defendants deny wrongdoing. You cannot opt out. If approved and effective, the Settlement will bind all Class Members, including those receiving no payment. For the full terms, release, allocation formula, fees and award requests, and objection procedures, visit www.___________.com, email psecunda@walcheskeluzi.com, or call (xxx) xxx-xxxx. A federal court authorized this Notice. This is not a solicitation from a lawyer.

| **YOUR LEGAL RIGHTS AND OPTIONS UNDER THE SETTLEMENT** | |
|---|---|
| **YOU ARE NOT REQUIRED TO FILE A CLAIM IF YOU ARE ENTITLED TO A PAYMENT UNDER THE SETTLEMENT AGREEMENT.** | If the Settlement is approved by the Court and you are a member of the Settlement Class, you will not need to file a claim in order to receive a Settlement payment if you are entitled to receive a payment under the Settlement Agreement. |
| **HOW SETTLEMENT PAYMENTS WILL BE DISTRIBUTED.** | If your Plan account has a positive balance when Final Entitlement Amounts are calculated, your allocation will be credited to that account. If you have no such account, or it closes before payment, you will receive a check. Employment status alone does not control. Allocations depend on eligible administrative expenses charged to accounts. Not everyone will receive a payment, and payments may take several months or longer. |
| **YOU MAY OBJECT BY [OBJECTION DEADLINE].** | Your written objection must be filed with and received by the Court and received by counsel by [OBJECTION DEADLINE], 14 calendar days before the hearing. Send it to United States District Clerk, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210, and send copies to psecunda@walcheskeluzi.com and keri.engelman@morganlewis.com. Include the case name and number. See Question 13 of the long form Notice for required contents and mailing alternatives. |
| **YOU MAY ATTEND THE FAIRNESS HEARING TO BE HELD ON ____________________.** | You may attend at your expense but need not attend for the Court to consider a timely objection. To speak, timely file an objection and a Notice of Intention To Appear as explained in Question 16 of the long form Notice, unless the Court permits you to speak for good cause. Check the Settlement website for hearing updates. |

**For questions, do not contact the Court or Defendants.**

**All questions should be directed to Analytics, LLC or Class Counsel, or visit the website listed herein.**