# EXHIBIT D

Proposed Plan of Allocation

# EXHIBIT D
# PROPOSED PLAN OF ALLOCATION

This Plan of Allocation governs distribution of the Net Settlement Amount to members of the Settlement Class in Heet, et al. v. National Medical Care, Inc. d/b/a Fresenius Medical Care North America, et al., Case No. 25-cv-11644-WGY (D. Mass.). Capitalized terms not otherwise defined herein have the meanings assigned in the Settlement Agreement. This Plan of Allocation is subject to Court approval.

## 1 Allocation method

The Settlement Administrator shall allocate the Net Settlement Amount in proportion to the general Plan administrative expenses charged to each Class Member's Plan account during the Class Period, June 6, 2019 through the date of the Preliminary Approval Order, inclusive. This method is intended to reflect the administrative expenses participants allegedly bore because forfeitures were used to offset employer contributions rather than pay Plan expenses. It does not determine any individual's actual damages or establish liability.

"Eligible Expenses" means recordkeeping and other general Plan administrative expenses actually charged to a Class Member's account during the Class Period that could have been paid with Plan forfeitures under the theory asserted in the Action, reduced by refunds or credits attributable to those charges.

The Settlement Administrator shall calculate each Class Member's Eligible Expenses using the Recordkeeper(s)' records and total those amounts for all Class Members. A Class Member's "Entitlement Amount" equals the Net Settlement Amount multiplied by that Class Member's Eligible Expenses divided by the total Eligible Expenses of all Class Members. No Class Member's Eligible Expenses shall be less than zero. Class Members with no Eligible Expenses shall receive no allocation. No claim form is required.

## 2 Available funds

The amount available for allocation is the Net Settlement Amount after the deductions and reserves authorized by the Settlement Agreement and the Court. Expenses shall not be deducted twice. Earnings and released reserves available for distribution under the Settlement Agreement and Court orders shall be accounted for by the Settlement Administrator. Class Representatives shall participate under the same formula as other Class Members; any Court-approved Case Contribution Award is separate from that allocation.

## 3 Records and calculation review

Defendants and the Recordkeeper(s) shall provide the information required by the Settlement Agreement to identify Class Members and calculate their allocations, including available account-level administrative charges and related credits, unique participant identifiers, account status, contact information, and applicable Beneficiary and Alternate Payee information. Information shall be transmitted and maintained in accordance with the Settlement Agreement’s confidentiality and security requirements.

The Settlement Administrator shall reconcile available charge totals, identify duplicate records and material omissions, and request clarification or corrected records as reasonably necessary. Missing data shall not automatically be treated as zero Eligible Expenses. A change to the allocation method, including substitution of account balances or participation periods for actual expense records, requires Court approval and any additional notice directed by the Court. If the denominator is zero or cannot reliably be calculated, the Settlement Administrator shall notify Class Counsel and Defense Counsel and obtain Court direction before making allocations.

Before distribution, the Settlement Administrator shall provide Class Counsel and Defense Counsel with the proposed final distribution list, aggregate Eligible Expenses, total proposed payments, reserves, and a description of any material data issues and their resolution. Class Counsel shall direct the Settlement Administrator to resolve identified errors before finalizing the list in accordance with the Settlement Agreement. Class Members may report suspected record errors to the Settlement Administrator or Class Counsel without filing a claim form. Material issues that cannot be resolved consistently with this Plan shall be submitted to the Court.

## 4 Final Entitlement Amounts

The “Final Entitlement Amount” is the Entitlement Amount after correction of data or calculation errors and rounding down to the nearest cent. The Settlement Administrator shall distribute the remaining cents, one cent per allocation, in descending order of fractional remainders, using a consistent neutral tie-breaking method, so the aggregate allocations equal the amount available for distribution. There is no minimum-payment threshold under this Plan. Any proposed threshold must be presented to the Court for approval, with an explanation of its effect on Class Members and any notice the Court requires.

The Settlement Administrator shall determine Active Account status as of the date it calculates Final Entitlement Amounts. Employment status alone does not determine whether a Class Member receives a Plan credit or a check. A Class Member whose account closes between calculation and payment shall receive a check as provided below.

## 5 Beneficiaries and Alternate Payees

Payments attributable to a deceased participant or subject to a QDRO shall be made to the appropriate Beneficiary or Alternate Payee consistent with the Plan’s records, governing Plan terms, applicable QDRO, and law. The Settlement Administrator shall coordinate with the Recordkeeper(s) to avoid counting the same expense or entitlement more than once. A transfer between related accounts does not create a second allocation for the same expense. Any division of an entitlement shall preserve its aggregate amount.

## 6 Distribution

Following the Settlement Effective Date and payment or reservation of the amounts required by the Settlement Agreement, Class Counsel shall direct distribution. The Settlement Administrator shall endeavor to initiate distribution within ninety (90) calendar days after the later of the Settlement Effective Date or receipt of the complete data necessary to calculate Final Entitlement Amounts. If distribution cannot begin within that period, the Settlement Administrator shall provide Class Counsel and Defense Counsel a written explanation and proposed completion schedule. Class Counsel may seek Court direction as necessary.

For Class Members with an Active Account, the Settlement Administrator shall transmit the amounts and allocation instructions to Defense Counsel, who will transmit to the Recordkeeper(s) or Authorized Administrator, for credit to the appropriate Plan accounts. Credits shall be fully vested and invested under applicable Plan terms and investment directions, or the Plan's applicable default investment arrangement if no effective direction exists. Settlement credits shall not be treated as elective deferrals or generate employer matching contributions. Their intended treatment as restorative payments is governed by the Settlement Agreement and applicable law.

Former Participants, and Class Members whose accounts close before payment, shall receive checks mailed to their current addresses as reasonably determined by the Settlement Administrator. Before mailing, the Settlement Administrator shall update addresses using the National Change of Address database and reasonably available corrections. For returned checks, it shall undertake reasonable address research and reissue checks where a valid address is obtained. Required tax withholding and reporting shall be performed by the Settlement Administrator; no particular tax treatment is guaranteed.

Checks shall remain valid for 180 days from issuance, consistent with the Long Form Settlement Notice. A replacement check shall void the original and remain valid for 180 days from its own issuance. Before a check expires, the Settlement Administrator shall make a reasonable reminder effort using available contact information. No payment shall be treated as unclaimed while a timely replacement request or identified payment error remains unresolved.

## 7 Residual funds and completion

After reasonable efforts to locate recipients, expiration of applicable check periods, resolution of outstanding payment issues, and payment or reservation of authorized expenses and taxes, amounts allocated to Class Members who cannot be located or otherwise cannot receive payment, and unclaimed amounts, shall be transferred to the Plan's trust to pay Plan administrative expenses, as provided in the Settlement Agreement. No portion of the Net Settlement Amount shall revert to Defendants. Unused reserves and other residual amounts shall be accounted for and disposed of consistently with the Settlement Agreement and any further Court order; the Settlement Administrator shall seek direction if their treatment is not specified.

Within twenty-one (21) calendar days following issuance of all settlement payments, the Settlement Administrator shall provide the confidential payment report required by the Settlement Agreement, including recipients and amounts and Class Members who could not be located. Following completion, it shall provide Class Counsel and Defense Counsel a final accounting of payments, unclaimed amounts, expenses, taxes, reserves, and any transfer to the Plan. The Settlement Administrator shall implement this Plan subject to the Court's retained jurisdiction. This Plan does not enlarge the release or authorize deductions beyond those permitted by the Settlement Agreement and Court orders.