# EXHIBIT F

Class Action Fairness Act Notice

Keri L. Engelman
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-2130
T: 617.341.7700
keri.engelman@morganlewis.com

[MONTH] __, 2026

VIA FEDERAL EXPRESS

[Name]
[Department]
[Address]

Re: **Notice Pursuant to 28 U.S.C. § 1715**
Heet, et al. v. National Medical Care, Inc. d/b/a Fresenius Medical Care North America, et al., Case No. 25-cv-11644-WGY (D. Mass.)

Dear Attorney General:

Defendants National Medical Care, Inc. d/b/a Fresenius Medical Care North America and Fresenius Medical Care North America Administrative Committee ("Defendants") hereby provide this Notice of a Proposed Class Action Settlement in the above-referenced matter pursuant to the Class Action Fairness Act of 2005 ("CAFA").

In accordance with their obligations under CAFA, Defendants enclose the following:

1) **The Complaint, any materials filed with the Complaint, and any Amended Complaints.**

Plaintiffs' Complaint, as filed in *Heet, et al. v. National Medical Care, Inc. d/b/a Fresenius Medical Care North America, et al.,* Case No. 25-cv-11644-WGY, can be found on the enclosed CD as "Exhibit 1 – Complaint."

2) **Notice of any scheduled judicial hearing in the class action.**

[As of service, identify each scheduled judicial hearing, including date, time, location, and remote-access information, or state that none is scheduled.] The docket, including the dates of hearings and other relevant information, is available through PACER as follows: (1) enter PACER through https://ecf.mad.uscourts.gov/cgi-bin/login.pl, (2) click on "Query," (3) enter the civil case number, 25-cv-11644-WGY, (4) click on "Run Query," and (5) click on the link "Docket Report."

3) **Any proposed or final notification to class members.**

The proposed Long Form Notice of Class Action Settlement and Short Form Postcard Settlement Notice as submitted to the Court can be found on the enclosed CD as "Exhibit 2 – Long Form Notice of Class Action Settlement" and "Exhibit 3 – Short Form Postcard Settlement Notice," respectively.

**4) Any proposed or final class action settlement.**

The Settlement Agreement and Exhibits A-F are enclosed as “Exhibit 4 – Settlement Agreement.”

**5) A final judgment or notice of dismissal.**

Final judgment has not yet been entered. Upon entry, a copy of the Final Order and Judgment will be available through PACER and can be accessed online through the process described above.

**6) Names of class members who reside in each state and the estimated proportionate share of the claims of such members to the entire settlement.**

On the enclosed CD is a list of the names of Class Members who reside in your state and a table providing a reasonable estimate of the number of Class Members residing in each state. The specific settlement allocation to each Class Member will be determined by the Settlement Administrator pursuant to the Plan of Allocation to be approved by the Court. The proposed Plan of Allocation appears as Exhibit D to the Settlement Agreement. We do not yet know which Class Members will receive settlement proceeds or how much each Class Member will receive, and it is not feasible to determine the estimated proportionate share of the entire settlement of the claims of the Class Members who reside in each state. Upon final approval of the settlement by the Court, settlement proceeds will be distributed among the Class Members according to the Plan of Allocation as set forth in the Settlement Agreement.

**7) Written judicial opinions concerning the notices, settlement, related agreements, or judgment.**

[Complete as of service: identify and enclose any preliminary approval order and other written judicial opinions relating to the proposed class notices, settlement, contemporaneous agreements, or final judgment; if none have issued, state that fact.] Docket information is available through PACER as described above.

****

If you have questions about this notice, the lawsuit, or the enclosed materials, please do not hesitate to contact me.

Sincerely,

Keri L. Engelman
Encls.