**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MICHELLE HEET, DAVID KITCHELL, MIKE BICKLE, and FRANK LUKETICH, individually, and as Representatives of a Class of Participants and Beneficiaries of the Fresenius Medical Care North America 401(k) Savings Plan,

Plaintiffs,

v.

NATIONAL MEDICAL CARE, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA and FRESENIUS MEDICAL CARE NORTH AMERICA ADMINISTRATIVE COMMITTEE,

Defendants.

Civil Action No. 1:25-cv-11644-WGY

**DECLARATION OF MIKE BICKLE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Mike Bickle, declare and state as follows:

1. I am a named plaintiff and proposed Class Representative in this Action. When the Complaint was filed on June 6, 2025, I resided in Wolfforth, Texas. I worked for Fresenius from 2018 to 2021 as a sales representative.

2. I participated in the Fresenius Medical Care North America 401(k) Savings Plan during the Class Period and rolled my account out of the Plan in 2021. The Class Period begins June 6, 2019. The Complaint alleges that participants bore administrative expenses through the Plan's investment arrangements.

3. I understand my duties as a Class Representative. Those duties include considering the interests of all Class Members, communicating with counsel, providing truthful information, and evaluating the proposed Settlement for the Class. I am not aware of any conflict between my interests and those of the Class.

4. I take my duties as a class representative seriously, and I have attempted to fulfill those duties throughout the course of the litigation. Among other things, I have (1) reviewed the allegations in the complaints; (2) provided information and documents to counsel to assist in the prosecution of the action; and (3) reviewed the Settlement Agreement in its entirety and communicated with counsel regarding the mediation and negotiation of the Settlement.

5. I have reviewed the proposed Settlement Agreement and discussed it with counsel. I understand that Defendants deny liability and that continued litigation could result in more money, less money, or no recovery.

6. I understand that the Gross Settlement Amount is $740,000 and that the amount distributed to eligible Class Members will be reduced by authorized attorneys' fees, litigation costs, Administrative Expenses, any Court-approved Case Contribution Awards, and the authorized reserve. I understand that no fee or contribution award is guaranteed and that the Court will consider those requests separately.

7. I understand that account status when allocations are calculated determines whether an eligible member receives a Plan credit or a check, subject to the provisions for an account that closes before payment. I also understand that, after the required efforts to distribute funds and resolve payment issues, unclaimed amounts will be used for Plan administrative expenses rather than returned to Defendants.

9. Counsel has explained the claims that the Settlement would release, the time period covered by the release, and that the proposed class is non-opt-out. I understand the distinction between the class release and the optional personal general release in Section 7.7.

10. Section 7.7 offers $500 for an optional personal general release, separate from my ordinary settlement allocation and any Court-approved Case Contribution Award. I understand that this election does not change the formula for my ordinary class allocation.

11. Based on my review and discussions with counsel, I believe the Settlement Agreement is fair, reasonable, and adequate to the Class. I support preliminary approval, notice to Class Members, and a final hearing at which the Court can consider the Settlement and any objections.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/29/2026, 2026.

DocuSigned by:
Mike Bickle
84D48A5EF2BA495...

Mike Bickle